**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 06-14050-CR-MOORE**

**UNITED STATES OF AMERICA,**

      Plaintiff(s),

vs.

**RONNIE ELIJAH HIGHTOWER,**

      Defendant(s).

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued November 14, 2006 [27].  After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation [27] is hereby **ADOPTED**.  The defendant Ronnie Elijah Hightower is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Ft. Pierce, Florida this 4th day of December, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record